BASIL S. SHIBER (Bar No. 144260)
ALLISON K. WOPSCHALL (Bar No. 267074)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Walnut Creek, California 94596
Telephone:  925 935 9400
Facsimile:  925 933 4126
Email:  bill.shiber@msrlegal.com

Attorneys for Defendant FREMONT BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, | Case No. 4:14-CV-01519-DMR |
| Plaintiff, | Hon. Donna M. Ryu |
| v. | JOINT APPLICATION FOR EXTENSION OF MEDIATION DEADLINE; ORDER THEREON |
| FREMONT BANK, | |
| Defendant. | |
| | Complaint Filed:  April 1, 2014 |
| | Trial Date:  July 6, 2015 |

The "Case Management and Pretrial Order for Jury Trial" issued in this matter filed in this matter on September 18, 2014 [Docket No. 41] specified that: "The parties are ordered to participate in mediation through the Northern District of California ADR Program, which shall be completed by no later than 12/5/2014, or as soon thereafter as is convenient to the Mediator's calendar."

By notice filed on October 20, 2014 [Docket No. 43], Harold Peter Smith was appointed as mediator.

Counsel for the parties have engaged in two pre-mediation telephone conferences with Mr. Smith.

The parties, and Mediator Smith, agree that to maximize the effectiveness of the mediation, and allow for certain pre-mediation briefing to be accomplished, the deadline for

1  completion of mediation should be extended from December 5, 2014 to January 16, 2015.  By
2  signing below, the parties, and the Mediator, stipulate and agree to such extension.
3         The filer of this document attests that concurrence in the filing of the document has
4  been obtained from each of the other signatories.

5  Dated:  November 18, 2014        SEDGWICK LLP

7                                   By:  _____/s/_____
8                                        JOEL LONG
                                         Attorneys for Plaintiff THE HANOVER
9                                        INSURANCE COMPANY

12 Dated:  November 18, 2014        MILLER STARR REGALIA

14                                  By:  _____/s/_____
                                         BASIL S. SHIBER
15                                       Attorneys for Defendant FREMONT BANK

17 Dated:  November 18, 2014        SMITH LLP

19                                  By:  _____/s/_____
20                                       HAROLD PETER SMITH
                                         Mediator

**[PROPOSED] ORDER**

Based on the Stipulation of the parties, and good cause appearing therefor, the time within which to complete mediation pursuant to the Northern District of California ADR Program (Mediator Harold Peter Smith) shall be extended from December 5, 2014 to January 16, 2015, or as soon thereafter as is convenient to the Mediator's calendar.

Dated: November 20, 2014

_____
HON. DONNA M. RYU