BASIL S. SHIBER (Bar No. 144260)
ALLISON K. WOPSCHALL (Bar No. 267074)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Walnut Creek, California 94596
Telephone:    925 935 9400
Facsimile:    925 933 4126
Email:        bill.shiber@msrlegal.com

Attorneys for Defendant and Cross-Complainant
FREMONT BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FREMONT BANK,<br><br>Defendant.<br>_____<br>FREMONT BANK,<br><br>Cross-Complainant,<br><br>v.<br><br>THE HANOVER INSURANCE COMPANY,<br><br>Counter-Defendant. | Case No. 4:14-CV-01519-DMR<br><br>Hon. Donna M. Ryu<br><br>DEFENDANT-COUNTERCLAIMANT FREMONT BANK'S DEMAND FOR JURY TRIAL<br><br>Complaint Filed:    April 1, 2014<br>Trial Date:         July 6, 2015 |

1   TO THE ABOVE-ENTITLED COURT AND ALL COUNSEL OF RECORD HEREIN:

2           PLEASE TAKE NOTICE that defendant-counterclaimant FREMONT BANK (the

3   "Bank") hereby demands trial by jury in this action.

4   Dated:  December 4, 2014              MILLER STARR REGALIA

5

6                                    By:      /s/ Allison K. Wopschall

7                                         BASIL S. SHIBER
                                          ALLISON K. WOPSCHALL
8                                         Attorneys for Defendant and Cross-Complainant
                                          FREMONT BANK
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

**The Hanover Insurance Company v. Fremont Bank**
**U.S. District Court, Northern District Case No. 4:14-cv-01519-DMR**

3

4        At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Contra Costa, State of California.  My business address is 1331 N. California Blvd., Fifth Floor, Walnut Creek, CA 94596.

5

6        On December 4, 2014, I served true copies of the following document(s) described as **DEFENDANT FREMONT BANK'S DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

7

8        James P. Diwik
    Joel M. Long

9        Sedgwick LLP
    333 Bush Street, 30th Floor
    San Francisco, CA  94104

10       Telephone:    (415) 781-7900
    Facsimile:    (415) 781-2635

11       Email: james.diwik@sedgwicklaw.com
        joel.long@sedgwicklaw.com

12

13       Attorneys for Plaintiff The Hanover
    Insurance Company

14       **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case

15   who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the

16   court rules.

17       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this

18   Court at whose direction the service was made.

19       Executed on December 4, 2014, at Walnut Creek, California.

20

21                   */s/ Beverly Dozier-Jones*

22                   Beverly Dozier-Jones

23

24

25

26

27

28