**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8

9    THE HANOVER INSURANCE CO,              **RELATED CASES**
                                            No. C-14-01519 DMR
10              Plaintiff(s),               No. C-15-00223 DMR

11        v.

12   FREMONT BANK,                          **ORDER FOR JOINT LETTER;**
                                            **SETTING CASE MANAGEMENT**
13              Defendant(s).               **CONFERENCE**
     _____/
14

15
     THE HANOVER INSURANCE CO,
16
                Plaintiff(s),
17
          v.
18
     CITY OF LIVERMORE,
19
                Defendant(s).
20   _____/

21        The parties in *Hanover Ins. Co. v. Fremont Bank* have been working with court-appointed

22   mediator Harold P. Smith.  *See* No. C-14-1519, Docket No. 51 at 2.  The parties in both the above-

23   captioned cases are instructed to meet and confer and file a joint letter by **February 4, 2015**

24   indicating whether the parties in *Hanover Ins. Co. v. City of Livermore* should participate in the

25   same mediation, or at least in a mediation with the same mediator, assuming the mediator's

26   willingness and availability.  If any party believes this would not be useful, the party shall suggest

27   an alternative.

28

Case Management Conferences in both cases are hereby set for **March 26, 2015 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).  A joint case management conference statement for each case is due by no later than **March 19, 2015.**

IT IS SO ORDERED.

Dated:  January 28, 2015

_____
DONNA M. RYU
United States Magistrate Judge

United States District Court
For the Northern District of California