ATTORNEYS AT LAW

333 BUSH STREET, 30TH FLOOR   SAN FRANCISCO, CALIFORNIA 94104-2834

*www.sedgwicklaw.com*   415.781.7900 *phone*   415.781.2635 *fax*



March 20, 2015

*Via ECF*

Honorable Donna M. Ryu
U.S. District Court for the Northern District of California
Oakland Courthouse, Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, California  94612

Re:   *The Hanover Insurance Company v. Fremont Bank*
      United States District Court for the Northern District of California
      Case No. C 14-01519 DMR

Dear Judge Ryu:

My office represents the plaintiff in the above-referenced matter. After communicating with Basil Shiber, counsel for the defendant, I am writing on behalf of both parties in response to the March 18, 2015 clerk's notice requesting information regarding the status of the case and whether the March 26, 2015 case management conference should go forward. The parties have reached a settlement and anticipate filing a Fed.R.Civ.P. 41(a)(1)(A)(ii) stipulation of dismissal within the next few court days. Therefore, the parties respectfully request that the March 26, 2015 case management conference be taken off-calendar.

Sincerely,

Joel M. Long
Sedgwick LLP

cc:   Basil S. Shiber, Esq. (via ECF and e-mail)
      Counsel for Defendant Fremont Bank